FILED IN OPEN COURT
ON 9/11/19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00049-FL

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | ORDER |
| AHMAD DE'QWAYNE BARNES | : | |

This matter comes now before this court on motion of the United States to order the disposition of a firearm associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Wilson Police Department to dispose of a Jimenez 380 semi-automatic handgun, bearing Serial Number 210740, and any and all related ammunition, by destruction, incapacitation, or other means in accordance with its regulations.

This the 11th day of September, 2019.

LOUISE WOOD FLANAGAN
United States District Judge